IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR364** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LESLIE HARNETT,** | ) | |
| **RONALD GILLETT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Leslie Harnett (Harnett) (Filing No. 18), the motion for a continuance of trial by the government (Filing No. 20), the motion for a continuance of trial by defendant Ronald Gillett (Gillett) (Filing No. 19), and the motion to continue trial by Harnett (Filing No. 21). The motions will be granted.

**IT IS ORDERED:**

1. Harnett's motion for an extension of time to file pretrial motions (Filing No. 18) is granted. Harnett shall have to **on or before November 21, 2005**, in which to file any pretrial motions in accordance with the progression order (Filing No. 13).

2. The government's, Gillett's and Harnett's motions to continue trial (Filing Nos. 20, 19 and 21) are granted. Trial of this matter will commence before Judge Laurie Smith Camp and a jury on **January 3, 2006, at 8:30 a.m.** in Courtroom No. 2, Third Floor, Homan L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **October 31, 2005 and January 3, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge