**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**            )<br>                                            )<br>            **Plaintiff,**              )<br>                                            )<br>    vs.                                     )<br>                                            )<br>**LESLIE HARNETT,**                         )<br>                                            )<br>            **Defendant.**             ) | **8:05CR364**<br><br>**ORDER** |

Defendant's motion to continue the plea hearing [32] is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **February 2, 2006** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **January 27, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 31st day of January, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge